# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HERRADA, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOHN BUBICA, an individual, J.B. BUBICA ENTERPRISES, INC., a California Corporation, JAMES V. DeMERA, III, an individual and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No: 2:14-cv-03005-WBS-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1); AND ORDER THEREON** |

## ORDER

Pursuant to the Stipulation of the parties, on file herein, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No: 2:14-cv-03005-WBS-EFB
JOINT STIPULATION FOR DISMISSAL    1